[No. 42573-4-II.   Division Two.   September 4, 2013.]

*In the Matter of the Detention of* JACK LECK II.

The opinion in the above captioned case, which appeared in the advance sheets at 176 Wn. App. 371-84, has not been published in this permanent bound volume pursuant to an order of the Court of Appeals dated November 19, 2013, granting reconsideration and withdrawing the opinion. Substituting opinion filed. See 180 Wn. App. 492.